DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JIMMY OCTAVIO NEGRILLO,**
Appellant,

v.

**LUIS DIEGO ICAZA RAMOS** and **LUMA AIR CONDITIONING AND HEATING, LLC,**
Appellees.

No. 4D2023-2511

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill and Michele Towbin Singer, Judges; L.T. Case No. CACE22000110.

Ira Combs of Cornish Hernandez Gonzalez, PLLC, Coral Gables, for appellant.

Wayne T. Hrivnak of Law Office of Davis, Giardino, Hrivnak & Okon, PLLC, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***